IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEBRA FRASER                                                                    PLAINTIFF

v.                                    No. 5:15-cv-14-DPM

CITY OF McGEHEE; JIM WHITE,
individually and in his official capacity
as Chief of Police; and JACK MAY,
individually and in his official capacity
as Mayor                                                                        DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 June 2015